On the facts found by the Court of Appeal, there is no error of law in its judgment.

244 So.2d 860

**Raymond E. THOMAS**

v.

**Frank M. LEE et al.**

No. 51219.

March 10, 1971.

 No error of law.

244 So.2d 860

**STATE of Louisiana, Through the DEPART-MENT OF HIGHWAYS**

v.

**Theodora Milliot POOLE et vir.**

No. 51221.

March 10, 1971.

 The decision of the Court of Appeal is not final. The rights of all parties are fully reserved.

SUMMERS, J., is of the opinion the writ should be granted in this case.